UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BURTON W. WIAND, as Receiver for
HOWARD WAXENBERG TRADING L.L.C.,
HKW TRADING LLC, HKW TRADING
FUND I LLC,

        Plaintiff,

vs.                    Case No. 8:06-CV-643-T-27TBM

DENNIS CONNER and LESLIE CONNER,
Jointly and Severally,

        Defendants.
_____/

## ORDER OF DISMISSAL

**BEFORE THE COURT** is the Receiver's Unopposed Motion for Dismissal with Prejudice (Dkt. 84). In accord with the unopposed motion, and settlement having been approved by the Court in *Securities and Exchange Commission v. HKW Trading, LLC, et al.* (Case No. 8:05-cv-1076-T-24TBM, Dkt. 200), it is **ORDERED AND ADJUDGED**:

1)     This cause is **DISMISSED** with prejudice.

2)     All pending motions are **DENIED** as moot.

3)     The Clerk is directed to docket a copy of this Order in Lead Case No. 8:06-cv-607 and to terminate it as a consolidated case.

4)     The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on this 13th day of November, 2008.

                                             JAMES D. WHITTEMORE
                                             United States District Judge

Copies to:
Counsel of Record